# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GARY WILDER and KATHLEEN WILDER,** <br><br> Plaintiff, <br><br> **vs.** <br><br> **ALLIANCEONE INCORPORATED, and Does 1-20 Inclusive,** <br><br> Defendant. | Case No. 3:15-cv-02622-EMC <br><br> **ORDER** |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the parties to dismiss this case with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the entire case is dismissed with prejudice. Each party shall bear their own costs and attorneys' fees.

Dated this 30th day of December, 2015.



_____
The Honorable Edward M. Chen

Order to Dismiss - 1